UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 10 AM 10:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>Raymundo LORETO-Ramirez, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. 　　　　　　　　　)<br>_____) | Magistrate Case No. 07 MJ 2410<br><br>**AMENDED**<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens |

The undersigned complainant, being duly sworn, states:

On or about **October 7, 2007,** within the Southern District of California, defendant **Raymundo LORETO-Ramirez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely **Paula CORONEL-Olivar, Gisela LORMENDEZ-Gomez, and Maria GUILLEN-Gonzalez** and **M.G.C,** a juvenile had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **OCTOBER 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Raymundo LORETO-Ramirez,

## AMENDED
## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Paula CORONEL-Olivar, Gisela LORMENDEZ-Gomez, Maria GUILLEN-Gonzalez and M.G.C, juvenile,** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144G.

On October 7, 2007, at approximately 10:00 p.m., Senior Patrol Agent B. Lee was conducting his primary inspection duties at the State Route 94 Border Patrol Checkpoint located in Jamul, California. All lights and warning signs indicating the checkpoint was open were properly functioning and clearly visible to the motoring public. At this time a white Dodge pickup driven by the defendant **Raymundo LORETO-Ramirez** approached the primary position and continued without stopping. Both Agent Lee and Agent E. Dawson loudly instructed the vehicle to stop. The vehicle failed to yield to the agents and continued westbound on SR 94. Immediately, Agent Dawson entered into a marked Border Patrol sedan and began to follow the vehicle. Agents were able to locate the vehicle once again near the intersection of SR-94 and Honey Springs road. Agent Dawson followed the vehicle to a location about a quarter mile west of the Rancho Jamul Estates entrance. At this location, Agent Dawson activated the emergency lights and initiated a vehicle stop.

The vehicle yielded and Agent Dawson approached the driver's side of the vehicle. Agent Dawson then noticed multiple individuals lying across the front and rear passenger areas inside the vehicle attempting to hide from view. Agent Dawson identified himself as a Border Patrol Agent and addressed the defendant in both the English and Spanish languages. Agent Dawson then asked the defendant to turn off the vehicle, to which the defendant explained that he could not. Agent Dawson instructed the defendant to exit the vehicle and questioned him as to his citizenship. The defendant freely admitted to being a citizen and national of Mexico illegally present in the United States. At this time Agent Roozen, who had arrived on scene to assist, instructed the other individuals to exit the vehicle. Shortly thereafter, the dispatch center responded over the radio that the license plate that Agent Dawson had previously given matched the vehicle description and that the vehicle was also listed as stolen. Agent J. Davila was also on scene at this time and began to ascertain the citizenship of the rest of the individuals in the vehicle. A total of seven individuals that were hiding in the vehicle freely and voluntarily admitted to being citizens and nationals of Mexico illegally present in the United States. The defendant and the seven illegal aliens were arrested and transported to the SR-94 Checkpoint for processing.

## STATEMENT OF DEFENDANT:

The defendant was read the Miranda rights and was willing to answer questions without an attorney present. The defendant stated he is citizen and national of Mexico illegally present in the United States. The defendant stated that he illegally crossed the border with six others by walking over the mountains near Tecate, California with the aid of an alien smuggler/ foot guide. The defendant admitted to meeting with an alien smuggler in Mexicali, Baja California, Mexico by the nickname of "El Flaco". The defendant claimed that he did not have to pay any money to be smuggled into the United States. Once in the U.S., the defendant stated that the smuggler made contact with the load driver by cell phone. When the load vehicle arrived, the smuggler ordered everybody to get into the truck. The defendant claims that they were inside the truck for about 30 minutes when they suddenly stopped and the smuggler got out. The smuggler then ordered him into the driver's seat and told him to drive. The defendant then stated at that point that the smuggler ran into the brush and he drove towards the checkpoint. The defendant did not provide a reason as to why he did not stop at the checkpoint.

CONTINUATION OF COMPLAINT:
Raymundo LORETO-Ramirez

## STATEMENT OF MATERIAL WITNESSES:

Paul CORONEL-Olivar, Gisela LORMENDEZ-Gomez, Maria GUILLEN-Gonzalez and M.G.C., juvenile, admitted in summary statements that they are citizens and national of Mexico illegally present in the United States. Two material witnesses stated that they were to pay $40,000.00 Mexican pesos and $1,000.00 U.S. dollars to be smuggled into the United States. Material witnesses stated that they illegally entered the United States with the aid of a smuggler/foot guide. They walked for approximately three hours until they reached the highway. They waited there until a vehicle arrived and transported them towards the check point on SR-94. They stated that the vehicle never stopped at the check point.

The material witnesses were shown a photographic line up and were able to positively identify the defendant as the driver of the load vehicle.