

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,     )   Criminal Case No. 07CR2922-DMS
                                 )
9             Plaintiff,         )   I N F O R M A T I O N
                                 )
10       v.                      )   Title 8, U.S.C.,
                                 )   Secs. 1324(a)(1)(A)(ii) and
11  RAYMUNDO LORETO-RAMIREZ,     )   (v)(II) - Transportation of
                                 )   Illegal Aliens and Aiding and
12            Defendant.         )   Abetting
    _____)
13

14       The United States Attorney charges:

15       On or about October 7, 2007, within the Southern District of
16  California, defendant RAYMUNDO LORETO-RAMIREZ, with the intent to
17  violate the immigration laws of the United States, knowing and in
18  reckless disregard of the fact that an alien, namely, Gisela
19  Lormendez-Gomez, had come to, entered and remained in the
20  United States in violation of law, did transport and move, said alien
21  within the United States in furtherance of such violation of law; in
22  violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii)
23  and (v)(II).
24       DATED: 10/29/07            .

25                                      KAREN P. HEWITT
                                        United States Attorney
26
27
                                        AARON B. CLARK
28                                      Assistant U.S. Attorney

ABC:drh: San Diego
10/11/07