2b

AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

### UNITED STATES DISTRICT COURT

### SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RAYMUNDO LORETO-RAMIREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _07CR 2922-DMS_

I, RAYMUNDO LORETO-RAMIREZ, the above-named defendant, who is accused of committing the

following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of
Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open

court on _3 30 07_ prosecution by indictment and consent that the proceeding may be by

information rather than by indictment.

_Raymundo Loreto Ramirez_
Defendant

_[signature]_
Defense Counsel

Before _____
        Judicial Officer